IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FITNESS ANYWHERE, LLC

Plaintiff,

v.  CIVIL CASE NO. 2:11CV156

LIFELINE INTERNATIONAL, INC,

Defendant.

## ORDER

This is a patent case. On March 11, 2011, Plaintiff Fitness Anywhere, LLC filed suit in this Court seeking relief for the following: (i) infringement of U.S. Patent No. 7,806,814 (the "'814 Patent") and U.S. Patent No. 7,044,896 (the "'896 Patent") by Defendant Lifeline International, Inc.; (ii) infringement of SUSPENSION TRAINING, Registration No. 3,255,160 and SUSPENSION TRAINING, Registration No. 3,255,161; (iii) federal unfair competition and a violation of California Business and Professions Code § 17200; and (iv) trade secret misappropriation.

On December 15, 2011, pursuant to an order filed on December 6, 2011 in the above-captioned case, the parties submitted their Joint Statement on Claim Construction. Doc. 120. After reviewing the joint statement, the Court **FINDS** that a Markman hearing is necessary. Therefore, the Court **ORDERS** that a Markman hearing will be held on December 22, 2011 at 11:00 a.m. pursuant to the December 6, 2011 order.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: December 20, 2011